**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1657**

---

In re:  ADAEZE NWOSU,

       Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Greenbelt.  (8:23-cv-03517-PX)

---

Submitted:  August 27, 2024               Decided:  August 30, 2024

---

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Adaeze Nwosu, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adaeze Nwosu petitions for a writ of mandamus seeking an order transferring her civil case to the Eastern District of Virginia. We conclude that Nwosu is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [she] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted).

The relief sought by Nwosu is not available by way of mandamus. Nwosu has not moved for the requested transfer in the district court or otherwise demonstrated that transfer would be proper. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*